UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARIA MURILLO, § § § **PLAINTIFF** § § § § § **v.** § § **HEART OF THE HOUSE** § **HOSPITALITY, INC.** § § § **DEFENDANT** § | CA NO. 3:23-cv-2332-G |

**DISCLOSURE OF INTERESTED PARTIES**

NOW COMES Plaintiff, Daria Murillo, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Daria Murillo
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

        Respectfully submitted,

        /s/  Douglas B. Welmaker
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFF**